**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3145

_____

Richard Anderson; Norris Nielsen,　　*
　　　　　　　　　　　　　　　　　　　*
　　Plaintiffs - Appellants,　　　　*
　　　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　v.　　　　　　　　　　　　　　　　*　District Court for the
　　　　　　　　　　　　　　　　　　　*　District of Minnesota.
Unisys Corporation,　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*　**[UNPUBLISHED]**
　　Defendant - Appellee.　　　　　*

_____

Submitted: June 11, 1997
Filed: October 2, 1997

_____

Before LOKEN and LAY, Circuit Judges, and FENNER,* District Judge.

_____

PER CURIAM.

　　Richard Anderson and Norris Nielsen commenced this action alleging that they were the victims of age discrimination when laid off from Unisys Corporation's Software Engineering Department as part of a sizeable reduction in force. After a

_____

*The HONORABLE GARY A. FENNER, United States District Judge for the Western District of Missouri, sitting by designation.

lengthy trial, the jury returned a verdict in favor of Unisys, and the district court[1] denied plaintiffs' motion for a new trial. Plaintiffs appeal, contending that the district court abused its discretion by excluding as irrelevant or cumulative various exhibits offered by plaintiffs at trial. After careful review of the record, we conclude that none of the exhibits in question was admitted into evidence and later excluded; instead, Unisys's timely objections to admissibility were taken under advisement and later sustained. We further conclude that these evidentiary rulings did not abuse the district court's discretion. Accordingly, we affirm. See 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.,

---

[1]The HONORABLE JAMES M. ROSENBAUM, United States District Judge for the District of Minnesota.